UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

UNITED STATES OF AMERICA,                    Criminal No. 06-180(5) JNE/AJB

  Plaintiff,

v.                                                                        **ORDER**

FRANCISCO JAVIER LOPEZ-CEJA,

  Defendant.

  Jeffrey S. Paulsen, Esq., Assistant United States Attorney, for the plaintiff, United States of America;

  Wayne G. Nelson, Esq., for defendant Francisco Javier Lopez-Ceja.

  Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated August 16, 2006, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that:

  1.  Defendant Francisco Javier Lopez-Ceja's Motion for Suppression of Statements is **denied** [Docket No. 54]; and

  2.  Defendant Francisco Javier Lopez-Ceja's Motion to Suppress Out-of-Court Identification is **denied** [Docket Nos. 73 and 96].

Dated: September 22, 2006

                                           s/ Joan N. Ericksen
                                           Joan N. Ericksen
                                           United States District Court Judge